# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

June 9, 2008

To:   Tomas Eduardo Margain          Ari Jonathan Lauer
      Law Offices of Tomas E. Margain   Law Offices of Ari J. Lauer
      1550 Bryant Street, Suite 725    500 Ygnacio Valley Road
      San Francisco, CA 94103          Suite 325
                                       Walnut Creek, CA 94596

      Richard H. Wilson
      Law Offices of Richard H. Wilson
      540 Bird Ave. Street , Suite 200
      San Jose, CA 95125

      Re: Jose Barriga, et al. v. Preferred Plumbing, Inc., et al. - C08-1700 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for July 7, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                                       Sincerely,

                                       Richard W. Wieking, Clerk
                                       United States District Court

                                       /s/ Lashanda Scott
                                       By:   Lashanda Scott
                                             Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd