TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA  94103
Telephone:    415-861-9600
Fax:               415-861-9622
margainlaw@hotmail.com

RICHARD H. WILSON, Bar No.  175557
LAW OFFICE OF RICHARD H. WILSON
540 Bird Ave. #200
San Jose, CA 95125
Telephone:  408/977-1382
Fax:   408/294-5720
rhw-esq@mindspring.com

Attorneys for Plaintiffs Jose Barriga,
Jesus Torres Uribe, and Joel Mendoza

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARRIGA, JESUS TORRES URIBE, AND JOEL MENDOZA<br><br>Plaintiffs,<br><br>vs.<br><br>PREFERRED PLUMBING, INC.; JAMES LUIS RUIZ; EMILIO RUIZ; AND FEDERICO RUIZ<br><br>Defendants | Case No.:  CV 08 1700 BZ<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the Plaintiffs hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

1. proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
2. judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
3.
4. Dated: June 16, 2008                                By:  /s/ TOMAS E. MARGAIN
                                                             Tomas E. Margain
                                                             Attorney for Plaintiffs

2

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE