ARI J. LAUER (CA SBN 144017)
LAW OFFICES OF ARI J. LAUER
500 Ygnacio Valley Road, Suite 325
Walnut Creek, CA 94596
Tel: (925) 933-7012
Fax: (925) 933-7017
Email: alauer@lauerlaw.com

Attorneys for Defendants PREFERRED PLUMBING, INC.,
JAMES LUIS RUIZ, EMILIO RUIZ and FEDERICO RUIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARRIGA, JESUS TORRES URIBE, and JOEL MENDOZA<br><br>Plaintiffs,<br><br>vs.<br><br>PREFERRED PLUMBING, INC.; JAMES LUIS RUIZ; EMILIO RUIZ; AND FEDERICO RUIZ<br><br>Defendant. | CASE NO.  CV 08 1700 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636©, defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 17, 2008                              LAW OFFICES OF ARI J. LAUER


                                                  By: _____/s/_____
                                                         ARI J. LAUER
                                                  Attorneys for defendants

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
**CASE NO.  C 05-01014**