UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Barriga

                                         CASE NO. 08-01700 BZ

                    Plaintiff(s),

         v.                              STIPULATION AND [PROPOSED]
Preferred Plumbing, Inc., et al.         ORDER SELECTING ADR PROCESS

                    Defendant(s).
_____/

         Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

         **Court Processes:**
                    Non-binding Arbitration (ADR L.R. 4)
                    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
         ✓          Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

         **Private Process:**
                    Private ADR *(please identify process and provider)* _____


The parties agree to hold the ADR session by:
         ✓          the presumptive deadline *(The deadline is 90 days from the date of the order
                    referring the case to an ADR process unless otherwise ordered.)*

                    other requested deadline _____


Dated: June 30, 2008                     _____
                                         Attorney for Plaintiff TOMAS E. MARIANU

Dated: June 30, 2008                     /S/ ARI J. LAVER
                                         Attorney for Defendant
                                         ARI J. LAVER

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  ✓    Mediation
  Private ADR

Deadline for ADR session
  ✓    90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated:_____    _____

UNITED STATES MAGISTRATE JUDGE