**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **7/7/08**                                          Time: **4:03p.m. - 4:11p.m.**

**C -08-1700 BZ**

**Jose Barriga, et al.** v **Preferred Plumbing Inc., et al.**

Attorneys:    Pltf: Tomas E.Margain    Deft: Ari J. Lauer

Deputy Clerk: **Simone Voltz**

**PROCEEDINGS:**                                                    **RULING:**

1. _____  _____
2. _____  _____

( ) Status Conference    ( ) P/T Conference    ( x ) Case Management Conference

**ORDERED AFTER HEARING:**
Court will prepare Scheduling Order

( x ) ORDER TO BE PREPARED BY:    Pltnf_____    Deft_____    Court_x__

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Pltnf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date_____    Trial Date 6/22/09    Set for _____ days
                                                         Type of Trial: ( )Jury    ( x )Court
Notes: _____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE BARRIGA et al,

          Plaintiff,

v.

PREFERRED PLUMBING INC. et al,

          Defendant.
_____/

Case Number: CV08-01700 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard H. Wilson
Law Offices of Richard H. Wilson
540 Bird Ave. Street
Suite 200
San Jose, CA 95125

Dated: July 8, 2008

          Richard W. Wieking, Clerk
          By: Simone Voltz, Deputy Clerk

          *Simone Voltz*