# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Barriga,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Preferred Plumbing, Inc.,<br><br>　　　　　　Defendant(s). | 08-01700 BZ MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Eric P. Angstadt**
Miller & Angstadt
1910 Olympic Blvd., Suite 220
Walnut Creek, CA 94596
925-930-9255

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01700 BZ MED                                    - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: July 18, 2008

5   RICHARD W. WIEKING
    Clerk
6   by:     Claudia M. Forehand

7   

8   ADR Case Administrator
    415-522-2059
9   Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of Appointment of Mediator**
08-01700 BZ MED                      - 2 -