TOMAS E. MARGAIN, Bar No. 193555
LAW OFFICES OF TOMAS E. MARGAIN
1550 Bryant Street, Suite 725
San Francisco, CA 94103
Telephone:   415-861-9600
Fax:              415-861-9622
margainlaw@hotmail.com

Matthew M. Oliveri
Madsen & Wolch
2055 North Broadway, Suite 100
Walnut Creek, CA 94596
Telephone:   (925) 974-0800
Fax:              (925) 974-0808

mmo@madsenwolch.com

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARRIGA, JESUS TORRES URIBE, AND JOEL MENDOZA<br><br>Plaintiffs,<br><br>vs.<br><br>PREFERRED PLUMBING, INC.; JAMES LUIS RUIZ; EMILIO RUIZ; AND FEDERICO RUIZ<br><br>Defendants | Case No.:  CV 08 1700 BZ<br><br>**STIPULATION FOR DISMISAL WITH PREJUDICE, COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND ORDER THEREON** |

1

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, as follows:

1. The parties have settled this matter under a Confidential agreement executed by the Defendants on April 22, 2009 and by Plaintiffs on April 30, 2009;

2. The Settlement Agreement calls for monthly payments for a two year period.

3. The parties stipulate that this matter may be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs with the Court to retain jurisdiction to enforce the agreement until May 15, 2011. After May 15, 2011, the Court's continuing jurisdiction shall terminate and the case will be considered dismissed with prejudice for all purposes.

Dated: May 21 2009

Matthew M. Oliveri

By _____
Attorneys for Defendants

Dated: May 21 2009

TOMAS E. MARGAIN
LAW OFFICES OF TOMAS E MARGAIN

By _____
Tomas E. Margain
Attorneys for Plaintiffs

**IT IS SO ORDERED**

Dated: May 27 2009

_____
Hon. Bernard Zimmerman
United States District Judge

2

STIPULATION FOR DISMISAL WITH PREJUDICE,
COURT TO RETAIN JURISDICTION TO ENFORCE
SETTLEMENT AGREEMENT AND ORDER THEREON