UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE BARRIGA, et al.,  )
                       )
     Plaintiff(s),     )   No. C08-1700 BZ
                       )
     v.                )   **BRIEFING ORDER**
                       )
PREFERRED PLUMBING, INC., et)
al.,                   )
                       )
     Defendant(s).     )
_____)

Having received plaintiffs' motion to enforce executed settlement agreement, **IT IS HEREBY ORDERED** as follows:

   1.   Defendants' opposition shall be filed by **Monday, June 22, 2009**;

   2.   Plaintiffs' reply, if any, shall be filed by **Wednesday, July 1, 2009**;

   3.   A hearing is scheduled for **July 29, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal

///

///

///

///

1

Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  June 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BARRIGA\BRIEFING ORDER ON MOT TO ENFORCE SETTLEMENT.wpd