TOMAS E. MARGAIN, Bar No. 193555
Dal Bon & Margain, Apc
28 North First Street, Suite 210
San Jose, CA 94113
Phone 408-297-4729
Fax 408-297-4728
margainlaw@hotmail.com

RICHARD H. WILSON, Bar No. 175557
LAW OFFICE OF RICHARD H. WILSON
540 Bird Ave. #200
San Jose, CA 95125
Telephone: 408/977-1382
Fax:  408/294-5720
rhw-esq@mindspring.com

Attorneys for Plaintiffs Jose Barriga,
Jesus Torres Uribe, and Joel Mendoza

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BARRIGA, JESUS TORRES URIBE, AND JOEL MENDOZA<br><br>Plaintiffs,<br><br>vs.<br><br>PREFERRED PLUMBING, INC.; JAMES LUIS RUIZ; EMILIO RUIZ; AND FEDERICO RUIZ<br><br>Defendants | Case No.: CV 08 1700 BZ<br><br>**DECLARATION OF TOMAS E. MARGAIN REQUESTING TELEPHONIC APPEARANCE**<br><br>Date: July 29, 2009<br>Time: 10:00 a.m.<br>Dept:  Courtroom G 15th Floor<br>Judge: Hon. Bernard Zimmerman, Magistrate Judge |

1

DECLARATION OF MARGAIN REQUESTING
TELEPHONIC APPEARANCE

I, Tomas E. Margain, hereby declare and affirm as follows:

1.   I am requesting the ability for my office to Appear Telephonically at the hearing held on July 29, 2009 at 10:00 a.m..

2.   I am having my law partner James Dal Bon appear at the hearing as I will be in transit on a flight that leaves SFO at 9:00 a.m. for a pre-paid flight for my first vacation of the year. I had thought my flight left after work hours and only realized this on July 26, 2009.

3.   Appearing telephonically will allow Mr. Dal Bon, who lives and practices in San Jose, to not reschedule his morning calendar.

4.   Based on the opposition papers filed, it does not appear that this will be an overly contested hearing as Defendants are contesting their ability to pay and not the agreement entered into.

5.   Mr. Dal Bon is fully prepared to appear in person and we are not seeking any sort of continuance.

I declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct to the best of my knowledge.

DATE:  July 26, 2009

Mr. Margain is excused. Someone for plaintiffs should appear in person.

Dated: July 27, 2009.

                         //s// Tomas Margain
                         Tomas Margain

2

DECLARATION OF MARGAIN REQUESTING
TELEPHONIC APPEARANCE