| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. 408 297-4729 | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☒ RECORDING REQUEST BY AND RETURN TO:<br>Dal Bon & Margain, APC<br>28 N. 1st St Ste 210<br>San Jose, CA 95113 | | |

☒ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Ace
CITY AND ZIP CODE: San Francsico, CA 94102
BRANCH NAME: San Francsico Division

PLAINTIFF: JOSE BARRIGA, JESUS TORRES URIBE and JOEL MENDOZA

DEFENDANT: PREFERRED PLUMBING, INC.; JAMES LUIS RUIZ; EMILIO RUIZ and FEDERICO RUIZ

| WRIT OF | ☒ EXECUTION (Money Judgment) | CASE NUMBER: CV 08 1700 BZ |
|---|---|---|
| | ☐ POSSESSION OF    ☒ Personal Property | |
| | ☐ Real Property | FOR COURT USE ONLY |
| | ☐ SALE | |

1. To the Sheriff or any Marshal or Constable of the County of: SAN FRANCISCO

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): JOSE BARRIGA, JESUS TORRES URIBE and JOEL MENDOZA

   is the ☒ judgment creditor    ☐ assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):
   PREFERRED PLUMBING, INC
   420 FRANKLIN LANE
   LIVERMORE, CA 94551

   JAMES LUIS RUIZ
   49 MIRANDA CT.
   ALAMO, CA 94507

   ☒ additional judgment debtors on reverse

5. Judgment entered on (date): December 2, 2009
6. ☐ Judgment renewed on (dates):

7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested (see reverse).
8. ☐ Joint debtor information on reverse.

9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.

| 11. Total judgment | $ | 44,822.07 |
|---|---|---|
| 12. Costs after judgment (per filed order or memo CCP 685.090) | $ | 0.00 |
| 13. Subtotal (add 11 and 12) | $ | 44,822.07 |
| 14. Credits | $ | 0.00 |
| 15. Subtotal (subtract 14 from 13) | $ | 44,822.07 |
| 16. Interest after judgment (per filed affidavit CCP 685.050) | $ | 0.00 |
| 17. Fee for issuance of writ | $ | 0.00 |
| 18. Total (add 15, 16, and 17) | $ | 44,822.07 |
| 19. Levying officer: Add daily interest from date of writ (at the legal rate on 15) of | $ | 0.46 |

20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

(SEAL)    Issued on (date): 1-11-10    Clerk, by _____, Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130 REV 1/89

American LegalNet, Inc.
www.FormsWorkflow.com